# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES FIELDS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-15-0518-F |
| | ) | |
| OKLAHOMA COUNTY DETENTION CENTER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On December 23, 2015, Magistrate Judge Shon T. Erwin issued a Report and Recommendation (the Report, doc. no. 27) in this civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Upon initial screening, the magistrate judge recommends dismissal of this action for failure to state a claim upon which relief may be granted.

Plaintiff has filed a document entitled "Appeal Report and Recommendation," which has been docketed by the clerk as an objection to the Report. Doc. no. 28. Because it is entitled an "appeal," and because it, at times, refers to what plaintiff contends is a "plausible claim," the court concurs with the clerk that, construing plaintiff's filings liberally, this document is intended as a general objection to the Report. That said, the only specific objection stated in that filing is a request for appointment of counsel. To the extent plaintiff may have intended the objection to also constitute a motion for appointment of counsel, the motion is denied.

In light of plaintiff's general objection to the Report, all aspects of the Report have been reviewed *de novo*. Having completed that review, the court finds that no purpose would be served by any additional analysis here, and that this action fails to

state a claim and should be summarily dismissed as recommended by the magistrate judge.

Plaintiff's objections are **DENIED**, and the Report and Recommendation of the Magistrate Judge is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. This action is **DISMISSED** on the following terms. Plaintiff's claims asserted against defendant Oklahoma County Detention Center are dismissed, with prejudice, for failure to state a claim upon which relief can be granted. Plaintiff's remaining claims are dismissed, without prejudice, for failure to state a claim upon which relief can be granted.

Dated this 20th day of January, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0518p005.wpd